UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNION PROPERTIES LLC<br>Plaintiff | § § § § | |
| v. | § | Civil No. A-11-CA-32 SS |
| BOY SCOUTS OF AMERICA, et al<br>Defendants | § § § § | |

## CLERK'S ENTRY OF DEFAULT

IT APPEARING from the records of the above-entitled action that service of the civil complaint has been made upon the defendant **Boy Scouts of America**, and it further appearing from the Plaintiff's motion and affidavit that said Defendant has failed to plead, respond, or otherwise defend in said action as directed.

NOW, THEREFORE, on Plaintiff's request, this 17th day of February, 2011, DEFAULT is hereby entered against **Boy Scouts of America.**

WILLIAM G. PUTNICKI, CLERK
U.S. DISTRICT COURT

By: _____
Deputy Clerk