UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Union Properties LLC | § | |
| | § | CIVIL NO: |
| vs. | § | AU:11-CV-00032-SS |
| | § | |
| Boy Scouts of America, John R. Craighead Co., Inc. | § | |

ORDER SETTING ALL PENDING MATTERS

  IT IS HEREBY ORDERED that the above entitled and numbered case is set for **ALL PENDING MATTERS** in Courtroom 2, on the First Floor of the United States Courthouse, 200 West Eighth Street, Austin, TX, on **Monday, March 14, 2011 at 02:00 PM**.

  IT IS SO ORDERED this 28th day of February, 2011.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE