IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNION PROPERTIES LLC, | § | |
|     Relator, | § | |
| | § | |
| v. | § | Civil Action No. A-11-CA-32-SS |
| | § | |
| BOY SCOUTS OF AMERICA and | § | JURY TRIAL DEMANDED |
| JOHN R. CRAIGHEAD CO., INC., | § | |
|     Defendants. | § | |

## ORDER OF DISMISSAL OF DEFENDANTS BOY SCOUTS OF AMERICA AND JOHN R. CRAIGHEAD CO., INC.

Relator, Union Properties LLC ("Union Properties"), and Defendants, Boy Scouts of America ("BSA") and John R. Craighead Co., Inc. ("Craighead") (collectively "Defendants"), have filed a Stipulation of Dismissal in this *qui tam* litigation against Defendants. Relator and Defendants (collectively the "Parties") request that all claims against Defendants in this litigation be dismissed with prejudice. The Court, having considered the request of the Parties, is of the opinion that the request for dismissal should be GRANTED.

The Court **FINDS** that Relator has the authority to act on behalf of the United States and the general public pursuant to 35 U.S.C. § 292 for the purposes of this litigation.

**IT IS ORDERED** that all of Relator's claims alleged in this cause on behalf of itself against Defendants Boy Scouts of America and John R. Craighead Co., Inc. are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that any and all claims that have been brought or could have been brought by BSA and/or Craighead against Relator are fully resolved and hereby dismissed with prejudice. **IT IS FURTHER ORDERED** that any future litigation brought against Relator and those acting in concert with Relator, including but not limited to Relator's officers, members, managers, agents, employees, assigns, successors, attorneys, the United

States, and/or the general public, from all claims or demands, known or unknown, fixed or contingent, contractual or extracontractual, liquidated or unliquidated, claimed or which could have formed the basis of a claim by BSA and/or Craighead and those who have acted in concert with BSA and/or Craighead, including but not limited to BSA's and/or Craighead's officers, members, managers, employees, assigns, successors, licensees, representatives, agents, customers, and attorneys, now or in the future, arising from or related, directly or indirectly, to any act, event, transaction, or omission relating, either directly or indirectly, to this litigation accruing on or before the date the Order of Dismissal of Defendants Boy Scouts of America and John R. Craighead Co., Inc. is signed by the Court is barred.

**IT IS FURTHER ORDERED** that Relator and Defendants will bear their own attorneys' fees, legal expenses, and costs of court incurred in connection with this litigation.

SIGNED ON _____, 2011

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE